IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SELMA DIVISION

IN RE:     Robert Seamon                            Chapter 13 Case No. 09-13953

              Debtor(s)

## ORDER ON MOTION TO EXTEND CHAPTER 13 PLAN

The Debtor filed a Motion to Extend the Chapter 13 Plan in order to repay the debts over a period of 60 months and the court being of the opinion that said motion should be granted.

In accordance with the ruling from the bench in open court, it is **ORDERED** that the motion is **GRANTED.**

Dated:   September 25, 2009

*[signature]*
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE

cc:     Debtor
Richard D. Shinbaum, Attorney for Debtor
J. C. McAleer, Trustee